CINCINNATI BAR ASSOCIATION *v.* SULLIVAN.

[Cite as *Cincinnati Bar Assn. v. Sullivan* (1995), 71 Ohio St.3d 647.]

(No. 94–2254—Submitted January 24, 1995—Decided April 5, 1995.)

*Frost & Jacobs* and *Beth A. Myers; Thompson, Hine & Flory* and *Deborah DeLong;* and *Edwin W. Patterson III,* for relator.

*John H. Burlew,* for respondent.

___

*Per Curiam.* After reviewing the record, we agree with the board's findings of misconduct and its recommendation. Sharon A. Sullivan is, therefore, permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.